UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANCHAZ HAROLD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-13041** |
| **JOSH GOFF, ET AL.** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss, Rec., Doc. 23, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

New Orleans, Louisiana, this 30th day of January, 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE